No. 141. Hernández, Peticionario, *v.* Foote, Juez de Distrito de Mayagüez, Demandado.—*Certiorari.* Marzo 1, 1915. Sin lugar la solicitud por no aparecer que la sentencia de la corte inferior contra la cual se queja el peticionario no sea apelable, y además haciendo uso el tribunal de su facultad discrecional.

---

No. 1275. Mendoza, Demandante y Apelante, *v.* Báez, Demandado y Apelado, y Zayas, Interventor y Apelante.— Cobro de dinero. Guayama. Marzo 9, 1915. *Desistida la apelación.*

---

No. 1296. Lowrie, Demandante y Apelado, *v.* Manes, Demandado y Apelante.—Ejecución de hipoteca. San Juan, Sección 2ª. Marzo 9, 1915 *Desestimada la apelación.*

---

No. 786. El Pueblo, Demandante y Apelado, *v.* París et al., Acusados y Apelantes.—Acometimiento y agresión con circunstancias agravantes. San Juan, Sección 2ª. Marzo 12, 1915. *Confirmada.*

---

No. 58. Ex Parte Colón, Peticionario.—*Habeas corpus.* Solicitud presentada al Juez Asociado Sr. Hutchison. Marzo 15, 1915. *Con lugar.*

---

No. 1074. Morfi et al., Demandantes y Apelantes, *v.* Fajardo Development Co. et al., Demandados y Apelados.—Denegatoria de servidumbre y otros extremos. Humacao. Marzo 16, 1915. *Desistida la apelación.*

---

No. 1299. Colón, Demandante y Apelado, *v.* Quintana et al., Demandados y Apelantes.—Cobro de dinero. Humacao. Marzo 16, 1915. *Desestimada la apelación.*